IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ARNETTA DAVIS, et al., | Civil Case No. 1:21-cv-00651 |
| Plaintiffs, | JUDGE PATRICIA A. GAUGHAN |
| vs. | |
| ELIZA BRYANT VILLAGE, | **JOINT STATUS REPORT** |
| Defendant. | |

Now comes Plaintiffs Arnetta Davis ("Davis"), Rekeyta Johnson ("Johnson"), and Darryl Williams ("Williams"), and Defendant Eliza Bryant Village ("EBV"), by and through undersigned counsel and in accordance with the Order dated October 1, 2021, hereby provide submit a Joint Status Report as follows:

The parties have been working diligently this morning and this afternoon to finalize the non-monetary terms of their agreement. The parties have exchanged emails and the parties' attorneys have had a telephone conference to exchange additional information. At this time, the parties have not finalized all terms, but the parties remain very close to finalizing these terms and expect to do so in the near future.

Respectfully submitted,

| | |
|---|---|
| *s/Christopher M. Sams (per email consent)* | *s/ Patrick M. Watts* |
| STEVEN I. VOUDRIS (00557950) | PATRICK M. WATTS (0075099) |
| CHRISTOPHER M. SAMS (0093713) | DAVID P. FRANTZ (0091352) |
| Voudris Law LLC | Zashin & Rich Co., LPA |
| 8401 Chagrin Road, Suite 8 | 950 Main Avenue, 4th Floor |
| Chagrin Falls, OH  44023 | Cleveland, Ohio 44113 |
| Phone:  440.543.0670 | Phone: 216.696.4441 |
| Fax:  440.543.0721 | Fax: 216.696.1618 |
| svoudris@voudrislaw.com | pmw@zrlaw.com |
| csams@voudrislaw.com | dpf@zrlaw.com |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I certify that on October 1, 2021, the foregoing was submitted via the Court's electronic filing system and this notice will be served on all parties via the Court's electronic filing system.

*s/ Patrick M. Watts*
PATRICK M. WATTS (0075099)
*One of the Attorneys for Defendant*
*Eliza Bryant Village*