IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ARNETTA DAVIS, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>ELIZA BRYANT VILLAGE,<br><br>    Defendant. | Civil Case No. 1:21-cv-00651<br><br>JUDGE PATRICIA A. GAUGHAN<br><br><br><br>**STIPULATED ORDER AND FINAL ENTRY AND DISMISSAL WITH PREJUDICE** |

This matter is before the Court on the Parties' Joint Motion for Approval of Confidential Settlement Agreement ("Joint Motion") pursuant to §16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §216(b). The Joint Motion asks this Court to approve, as fair and reasonable, the proposed settlements reached by the parties and memorialized in the three separate Confidential Settlement Agreement and Releases ("Settlement"), sent to the Court via electronic mail while filing the Joint Motion.

Having reviewed the Joint Motion, Settlements, and pleadings and papers on file in this action, and for good cause established therein, the Court enters this Stipulated Order and Final Judgment, approving the Settlements as follows:

    1.    The captioned Lawsuit asserted wage-and-hour claims under the FLSA, 29 U.S.C. §§ 201, *et seq*., and Ohio Revised Code §§ 4111.15, *et seq*., on behalf of Plaintiffs Arnetta Davis, Darryl Williams, and Rekeyta Johnson. Defendant Eliza Bryant Village has denied Plaintiff's claims.

    2.    The Court finds that the proposed Settlements are fair and reasonable and satisfy the standard for approval under §16(b) of the FLSA, 29 U.S.C. §216(b), and Ohio law.

3.  The Court approves the Settlements, and orders that the settlements be implemented according to the terms and conditions of the Settlements and as directed herein.

4.  The Court shall retain jurisdiction to enforce the terms of the Settlement.

5.  The Court dismisses the claims of Plaintiffs With Prejudice, and hereby enters final judgment. The Court finds there is no just reason for delay and directs the Clerk of Courts to enter this Stipulated Order and Final Judgment immediately.

**IT IS SO ORDERED this** 9th **day of** November **, 2021.**

/s/ Patricia A. Gaughan

**Honorable Patricia A. Gaughan**
**U.S. District Court, ND Ohio**

**SO STIPULATED:**

s/Christopher M. Sams (per email consent)
STEVEN I. VOUDRIS (00557950)
CHRISTOPHER M. SAMS (0093713)
Voudris Law LLC
8401 Chagrin Road, Suite 8
Chagrin Falls, OH 44023
Phone: 440.543.0670
Fax: 440.543.0721
svoudris@voudrislaw.com
csams@voudrislaw.com

*Attorneys for Plaintiffs*

s/ Patrick M. Watts
PATRICK M. WATTS (0075099)
DAVID P. FRANTZ (0091352)
Zashin & Rich Co., LPA
950 Main Avenue, 4th Floor
Cleveland, Ohio 44113
Phone: 216.696.4441
Fax: 216.696.1618
pmw@zrlaw.com
dpf@zrlaw.com

*Attorneys for Defendant*